BY _____ FILED _____ DEPUTY

OCT 21 2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## United States District Court
## Central District Of California

Derek A. Capozzi,
        Plaintiff

v.                              Case #: EDCV 10-239-AHM (DTB)
                                        [EX Parte]

Warden Norton, et. al.
        defendants

## Motion To Seal And Impound Attached
## Filing

        Plaintiff respectfully asks this court
to seal and impound the attached Motion
for Help and To Appoint Counsel.
        As grounds for this request, he
says it reveals sensitive matters that
should remain closed to the public at this
time.

                        Most Sincerely,

                        Derek A. Capozzi #22016-038
                        Federal Medical Center Lexington
                        Box 14000
Oct. 18, 2010.          Lexington, KY 40512