United States District Court
Central District Of California



Derek A. Capozzi,
        Plaintiff

vs.                                    # EDCV 10-239-AHM-(DTB)

The United States,
        Defendant

## Motion To Seal The Third Amended Complaint

On 12-03-10 Mr. Capozzi filed a SAC and attached affidavit under seal both. [Dkt. No.s 32 & 33].

This Court granted that part of the motion sealing the complaint (SAC) and affidavit and denied, without prejudice, the request to preclude defendants from disseminating the SAC. That part was denied because the SAC was dismissed with leave to amend, and stated the request could be renewed with the Third

amended complaint.

Plaintiff here states that the bases and concerns set forth in the Motion To Seal the SAC w/attached affidavit are just as present here with the filing of the attached Third Amended Complaint.

For those very same reasons, Mr. Capozzi requests the Third Amended Complaint attached hereto be sealed as well at this time.

Further, Plaintiff seeks and order that Plaintiffs be prohibited from disseminating any copy of the Third Amended Complaint, nor that they display its contents to any unauthorized person(s) as may be agreed upon at a later date and time when they possess counsel and a fair opportunity to address such issues through agreement or Court order.

Respectfully,

/s/ Derek A. Capozzi
Derek A. Capozzi
#22016-038
USP Lewisburg
Box 1000
Lewisburg, PA 17837

October 3rd, 2011

Inmate Name: CAPOZZI, DEREK
Register Number: 22016-038
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

THE ENCLOSURE TO THE ABOVE AD[DRESSEE]
FORWARDING TO ANOTHER ADDRESSEE, PL[EASE]
THE WRITER ENCLOSES CORRESPOND[ENCE]
FOR FURTHER INFORMATION OR CLARIF[ICATION]
DICTION, YOU MAY WISH TO RETURN THE [LETTER]
PROBLEM OVER WHICH THIS FACILITY H[AS]
INSPECTED. IF THE WRITER RAISES A QU[ESTION]
YOU. THE LETTER HAS BEEN NEITHER O[PENED]
SPECIAL MAILING PROCEDURES FOR FOR[WARDING]
THE ENCLOSED LETTER WAS PROCESSE[D]
DATE _____

U.S. PENITENTIARY
P.O. BOX 1000
LEWISBURG, PA 17837

OCT 05 2[011]

*Legal Mail*

10/4/11

United States District Courthouse
Central District of California
Eastern Division — Clerks Office
Attn: Mag. Judge David T. Bristow
3470 Twelfth St.
Room 134
Riverside, California
92[501]

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 11 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY