FILED
BY _____ DEPUTY

FEB 27 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8     UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA

10   DEREK A. CAPOZZI,                              ) Case No. EDCV 10-239-AHM (DTB)
                                                    )
11                    Petitioner,                   )
                                                    )
12            vs.                                   )
                                                    ) NOTICE OF SUBMISSION OF
13   WARDEN NORTON, et al.,                         ) DOCUMENTS TO UNITED STATES
                                                    ) MARSHAL
14                    Respondent.                   )
                                                    )
15                                                  )
                                                    )
16   I, Jennifer J. Tobin, on behalf of Plaintiff Derek Capozzi,

17   ~~Plaintiff~~ hereby states under the penalty of perjury that he has complied with

18   the Court's Order of February 13, 2012.

19          On   February 24, 2012   , plaintiff sent the following to the U.S.

20   Marshal's Service:

21   1 original and 3 copies completed summons

22   1 original and 3 copies completed USM-285 form(s)

23         3    copies of the Fourth Amended Complaint, filed on January 30, 2012

24   I ~~Plaintiff~~ further states under the penalty of perjury that plaintiff has not

25   requested service by the U.S. Marshal upon any person other than those listed in

26   the Court's Order authorizing service of process by the U.S. Marshal.

27

28   DATED: _____          _____
                                          Plaintiff, in pro per
           Feb. 24, 2012
                                   4      _____, Esq.
                                          on behalf of Derek A. Capozzi

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEREK CAPOZZI | 5-10-cv-00239-AHM-DTB |
| **DEFENDANT** | **TYPE OF PROCESS** Summons and Fourth |
| United States Of America | Amended Complaint |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S. Attorney for Central District of California

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
CIVIL PROCESS CLERK, 300 N. LOS ANGELES ST., STE. 7516, LOS ANGELES, CA 90012
U.S. District Courthouse/Federal Bldg. for Central District of California

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Derek A. Capozzi #22016-038
USP Lewisburg
Box 1000
Lewisburg, PA 17837

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 each |
| Number of parties to be served in this case | One |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold                                                                                           Fold

This is to the U.S. Attorney's Office to serve the summons and complaints enclosed for my tort claim in the above-cited case. I am not sure where their office is due to there being several courthouses in your district. As long as they get it I think it's okay at any office bldg.

| Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 2/21/12 |
|---|---|---|
| *Derek A. Capozzi* | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (*complete only if different than shown above*) | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

 **PENNSYLVANIA INSTITUTIONAL LAW PROJECT**
Angus R. Love, Esq., Executive Director

February 24, 2012

Ms. Deb Taylor
Deputy Clerk for Magistrate Judge David T. Bristow
United States District Court
For the Central District of California
3470 Twelfth Street, Room 134
Riverside, CA 92501

RE:    Capozzi v. United States of America, EDCV 10-239- AHM (DTB)

Dear Ms. Taylor:

Enclosed please find a signed and completed notice of submission of documents to United States Marshal and copy of a completed and signed USM-285 form in the above-listed case. Today I sent the required documents to the U.S. Marshals Service in Los Angeles, California on behalf of Mr. Capozzi. Mr. Capozzi has little or no access to photocopying services at his current institution, USP-Lewisburg, making his compliance with the copy requirements difficult, if not impossible.

Should you have any questions regarding this matter, please do not hesitate to contact me at 215-925-2966.

Sincerely,

Jennifer J. Tobin
Staff Attorney

Enclosures: as indicated
Cc w/ enclosures: Mr. Derek Capozzi



PENNSYLVANIA INSTITUTIONAL LAW PROJECT
718 Arch Street, Suite 304 S., Philadelphia, PA 19106

Ms. Deb Taylor
Deputy Clerk for
Magistrate Judge David T. Bristow
United States District Court
For the Central District of California
3470 Twelfth Street, Room 134
Riverside, CA 92501-02