<u>PROOF OF SERVICE BY MAILING</u>

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On June 11, 2012, I served <u>ANSWER TO FOURTH AMENDED COMPLAINT</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: June 11, 2012. Place of mailing: <u>LOS ANGELES, CALIFORNIA</u>. **Person(s) and/or Entity(ies) to Whom mailed:**

> Derek A. Capozzi
> Reg. No. 22016-038
> United States Penitentiary Lewisburg
> P.O. Box 1000
> Lewisburg, PA 17837

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: June 11, 2012 at Los Angeles, California.

> /s/ Olivia Murillo
> Olivia Murillo