

Derek A. Capozzi
Fayette County Detention Center
600 Old Frankfort Circle
Lexington, KY 40510

FILED
BY DEPUTY
AUG - 6 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Hon. David T. Bristow
U.S. Magistrate Judge
U.S. District Court for the Central
District of California
3470 11th Street Room 134
Riverside, CA 92501

July 31, 2012

RE: Capozzi v. USA, EDCV 10-0239-AHM-DTB

Dear Sir,

Enclosed please find a Motion For A Privilege Log and Motion For Court Order To Compel The United States To Provide Discovery.

I beg the Court's patience if I'm doing anything improperly. I really need an attorney to do all these things and more in the future and would ask again for the Court to appoint Ms. Jennifer Tobin from PILP to do the case due to expected complexities I cannot deal with. I don't know how to do discovery or depose people. And the trial is going to be very

very hard for me to do. Jennifer helped me to do this here stuff by sending me advice and a pamphlet. But she don't get paid to do the case or nothing cuz they were only approved for doing the Amended Complaint.

To be honest, I'm intimidated by the AUSA whenever they file their responses, and I get really nervous cuz I don't know what I'm supposed to do or not do. Plus, I cannot call them or nothing and try to "settle" if they want, not only that, but I don't know how to do all that. I think Jennifer could do that good for me if they were willing to settle and she did the whole process to negotiate.

At any rate, please also reconsider appointment of counsel again at this time too? Thank you very much.

Very Truly,

Derek A. Capozzi

July 31, 2012. Derek A. Capozzi, pro se

Derek A. Capozzi
Fayette County Detention Center
600 Old Frankfort Circle
Lexington KY
40510

FIRST CLASS
Hasler
016H26522643
$10.40
08/03/2012
Mailed From 40507
US POSTAGE

LFUCG – DIV. OF COMM. CORR.
600 Old Frankfort Circle
Lexington, KY 40510

Hon. David T. Bristow
U.S. Magistrate Judge
U.S. District Court for The
Central District of California
3470 11th Street : Room 134
Riverside, CA
92501

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY