United States District Court
for The Central District of California
Eastern Division

Derek A. Capozzi, Plaintiff

v.

EDCV 10-0239-AHM-DTB

United States of America, Defendant

## Motion for A Privilege Log

Mr. Capozzi, Plaintiff, has heard response(s) from the Defendant United States, in which it objected to possible present or future discovery obligations/requests etc. based upon various "privilege"-exceptions it may perceive as being applicable.

At this time, Plaintiff hereby requests that a "Privilege Log" be implemented by the Court in which all such exceptions must be recorded in said log, with the basis for each such exception being stated for each invocation

as it applies to the materials therein, with the documents bate stamped and placed into the log and all parts/sections corresponding to the invocation cited for the Court's reference.

 Mr. Capozzi respectfully requests that an index of all recorded entries be provided to all parties, and the Court, at each entry noted as well.

 The Court is also requested to screen all such entries for appropriateness and to preserve the full content for possible appeals which may arise.

 This Log should apply to all parties to this matter invoking any and all privilege exception(s).

Respectfully Submitted,

*[signature]*
Derek A. Capozzi, pro se
Fayette County Detention Center
600 Old Frankfort Circle
Lexington, KY 40510

July 30, 2012

Certificate Of Service

I, Derek A. Capozzi, hereby swear I've served a true copy of the foregoing Motion for A Privilege Log upon AUSA Erika Johnson-Brooks at U.S. Attorney's Office, Civil Division, Federal Bldg., Suite 7516, 300 North Los Angeles Street, Los Angeles, California, 90012, by 1st Class mail, postage prepaid, by depositing same in the institutional mail on this 31st day of July, 2012.

Signed,
Derek A. Capozzi
Derek A. Capozzi, prose
F.C.D.C.
600 Old Frankfort Cir.
Lexington, KY 40510

July 31, 2012,



Derek A. Capps
Fayette County Detention Center
600 Old Frankfort Circle
Lexington, KY
40510

KY DOC – DIV. OF COMM. CORR.
600 Old Frankfort Circle
Lexington, KY 40510

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Hon. David T. Bristow
U.S. Magistrate Judge
U.S. District Court for The
Central District of California
3470 11th Street : Room 134
Riverside, CA 92501

FIRST CLASS
Hasler
016H2652264 3
$10.400
Mailed From 40507
08/03/2012
US POSTAGE