ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California Bar Number: 210908
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    Erika.Johnson@usdoj.gov

Attorneys for Federal Defendant
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK A. CAPOZZI,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. EDCV 10-00239 AHM (DTB)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER<br><br>NOTE CHANGES MADE BY THE COURT |

    IT IS HEREBY ORDERED that the following documents be protected pursuant to a Court Order:

    1.   Current Post Orders being provided in response to Requests for Production of Documents No.10 (set one) and Nos. 3, 8, 9, 10, 11, 15, 16, 17 (set two).

    2.   Statistics from USP Victorville being provided in response to Request for Production of documents Nos. 1, 2, 8, 9, 15, 16, 17 (set two).

    3.   Tort Claim File being provided in response to Request for Production of documents Nos. 4, 5, 9, 15, 16, 17 (set two).

    4.   SIS file provided in response to Request for Production of documents Nos. 3, 4, 6 (set one) and Nos. 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17 (set two).

The protected documents described above shall only be provided to Plaintiff with the following terms and conditions:

    1.   Defendant will identify the documents that are being provided subject to this protective order;

    2.   The protected documents shall be maintained by Plaintiff in accordance with this Order, and shall be used by Plaintiff solely and exclusively in connection with this case and for no other purpose;

    3.   A copy of this Order shall be kept with the protected documents at all times;

    4.   Plaintiff may view the protected documents only for the purpose of litigating this case, and a copy of the protected documents shall not be provided to any other inmate or person (other than Plaintiff's attorney should he retain one) for any reason[1];

    5.   Other than for use during this litigation, the protected discovery will not be disclosed to anyone who is not assigned to, or directly involved in, the preparation of litigating this case;

---

[1] Plaintiff is currently on a writ to a Kentucky county jail and these documents shall not be produced to him until he returns to a Bureau of Prisons ("BOP") facility.

-1-

6. If Plaintiff summarizes or discloses the protected documents or its content in a court document of any kind, such document will be filed under seal;

7. Within 30 days of the conclusion of this matter (including appeal), Plaintiff will return the protected discovery to the United States Attorney's Office for the Central District of California, Civil Division; and

8. Any Plaintiff's counsel in this matter will be bound by this protective order.

In addition, any video surveillance tape discovered to be relevant in this matter is protected by Court Order as well. Any such video is to be provided to Plaintiff only when he returns to a BOP facility so that the video tape can be kept and maintained by a BOP staff member (to be determined upon Plaintiff's return to a BOP facility). Plaintiff may only view the video upon request to BOP staff. The video is protected pursuant to the same conditions as outlined in paragraphs 1-8 above.

SO ORDERED this 30th day of August, 2012.

_____
HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Erika Johnson-Brooks
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
Attorneys for Defendant

-2-