FILED
SEP 10 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

September 4, 2012

Dear Clerk,

Please give this to Judge Bristow as soon as possible please. Thank you very much.

Capozzi vs USA, EDCV 10-00239-AHM(DTB)

"Motion Requesting Court To Reconsider Its August 30th, 2012 Protective Order And To Construe Plaintiff's September 2, 2012 Reply To Defendants Application For Protective Order As A Motion To Reconsider, Or In The Alternative, To Construe It As An Objection To The Defendants Application For Protective Order Appealing To The Presiding Judge."

Thank You,

[signature] Dimitri Capozzi
600 Old Frankfort Circle
Lexington, KY 40510



Derek A. Capps33!
T.C.D.C.
600 Old Frankfort Circle
Lexington, KY 40510

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Honorable David T. Bristow
U.S. Magistrate Judge
U.S. District Court for the Central
District of California
3470 11th Street
Room 134
Riverside, CA 92501

OUTGOING MAIL
FCDC
SEP 0 5 2012