ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California Bar Number: 210908
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    Erika.Johnson@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK A. CAPOZZI,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. EDCV 10-00239 AHM (DTB)<br><br>**DEFENDANT'S STATUS REPORT** |

Pursuant to this Court's Order, dated June 25, 2012, Defendant, United States of America, files its Status Report.

**SUMMARY OF PROCEEDINGS TO DATE AND**

**STATEMENT OF ISSUES RAISED BY THE CASE**

On August 30, 2012, this Court approved Defendant's Application for a Protective Order as to the production of the Bureau of Prisons ("BOP") Current Post Orders, Statistics from USP Victorville, the Tort Claim File, and the SIS File, which Plaintiff requested in his discovery requests. As set forth in the Protective Order, Plaintiff is currently on a writ to a

Kentucky county jail and is no longer housed in a Bureau of Prisons ("BOP") facility. Accordingly, the Protective Order provides that the discovery (and a viewing of the video surveillance tape) will be produced once Plaintiff returns to BOP custody. Additionally, Defendant is unable to depose Plaintiff until he returns to a BOP facility. Defendant is unaware of when Plaintiff will return to BOP custody. The case is essentially "on hold" until he returns.

The sole issue raised by this case is whether the United States is liable because a BOP correctional officer allegedly failed to search an inmate after he set off a metal detector. According to Plaintiff, an inmate set off the metal detector as he walked through it, but the correctional officer did not search him, and this inmate later attacked Plaintiff on the yard with a knife that he pulled from his waistband. Defendant denies all allegations.

**STATEMENT AS TO WHETHER ALL PARTIES HAVE BEEN SERVED**

The only defendant, the United States, has been served.

**STATEMENT AS TO WHETHER PLEADINGS WILL BE AMENDED/PARTIES ADDED**

Plaintiff has not indicated if he will seek to amend the pleadings or add additional parties; however, in actions brought under the Federal Tort Claims Act alleging negligence against a federal agency or its employees, the United States is the only proper party. 28 U.S.C § 2679.

**DESCRIPTION OF DISCOVERY COMPLETED AND**

**SCHEDULE FOR FUTURE DISCOVERY**

Plaintiff has served interrogatories and requests for production on Defendant. Defendant has responded to the

interrogatories and also provided 1026 pages of documents.  As set forth above, Defendant has additional documents to provide to Plaintiff subject to the Protective Order; however, he is not currently in a BOP facility.  Defendant will provide these documents to Plaintiff and depose him once he returns to BOP custody.

### CONTEMPLATED MOTIONS

Defendant anticipates filing a Motion for Summary Judgment which could be dispositive of the entire case.  Defendant is unable to provide a proposed date for the Motion because the undersigned has no information as to when Plaintiff will be returned to BOP custody.  Defendant plans to take the deposition of Plaintiff when he returns to a BOP facility, and then within sixty to ninety days, file a Summary Judgment Motion.

### TRIAL ESTIMATE

Pursuant to the Federal Tort Claims Act, Plaintiff is not entitled to a jury trial.  28 U.S.C. § 2402.  Defendant anticipates that a court trial would take approximately three to five court days.

### SETTLEMENT

No settlement negotiations have taken place.  Defendant prefers to have a settlement conference with the Magistrate Judge

/ / /

/ / /

1  assigned to this case and if acceptable to the Court, Plaintiff
2  can participate by video teleconference.
3
4
5  DATED: September 11, 2012     Respectfully submitted,
6                                ANDRÉ BIROTTE JR.
                                  United States Attorney
7                                 LEON W. WEIDMAN
                                  Assistant United States Attorney
8                                 Chief, Civil Division
9
                                  /s/ Erika Johnson-Brooks
10                                ERIKA JOHNSON-BROOKS
                                  Assistant United States Attorney
11                                Attorneys for Defendant

-4-