cc: Angus Love, Esq.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEREK A. CAPOZZI,

    Plaintiff,

  vs.

WARDEN NORTON, et al.,

    Defendants.

  ) Case No. EDCV 10-0239-AHM (DTB)

) ORDER APPOINTING LIMITED-
) PURPOSE PRO BONO COUNSEL

  The Court hereby gives notice and orders that Angus Love, Esq., with the Pennsylvania Institutional Law Project, shall be reappointed for the limited purpose of assisting Plaintiff with conducting discovery in this case.

  A copy of this order shall be sent to Mr. Love at the following address: Pennsylvania Institutional Law Project, Cast Iron Building, 718 Arch Street, Suite 304 South, Philadelphia, PA 19106; (215) 925-2966 (ph). A copy of the order shall also be sent to plaintiff. The Clerk of Court shall maintain plaintiff on the service notifications throughout the duration of the limited-purpose appointment. After the

/ / /

/ / /

1

completion of discovery, the pro bono appointment of counsel shall be re-examined and, unless the Court concludes otherwise, terminated.

Pro bono counsel's out-of-pocket expenses for the limited-purpose appointment shall be reimbursed from the Pro Bono Program funds. The Court will authorize $1,500.00 in litigation expenses for the discovery phase of plaintiff's case. In the event expenses are anticipated to exceed this amount, plaintiff's counsel is directed to submit a budget to the Court's Pro Bono Program, which shall remain confidential. The Court will review the budget and approve or amend the requested expenses for any amount beyond $1,500.00. Questions regarding the limited-purpose appointment may be directed to Denise M. Asper, Esq., Prison Litigation Project Director, Ninth Circuit, Office of the Circuit Executive at (415) 355-8967.

DATED: September 11, 2012

THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2

# NOTICE PARTY SERVICE LIST

**Case No.** _____  **Case Title** _____

**Title of Document**  ORDER APPOINTING LIMITEDPURPOSE PRO BONO COUNSEL

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So  Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service -  Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| ✓ | *ADD NEW NOTICE PARTY* (cc:  BOTH E-MAILS LISTED BELOW) |
|---|---|
| | alove@pailp.org |
| | jtobian@pailp.org |
| | |
| | |
| | |

| | |
|---|---|
| | |
| | |
| | |
| | |

Initials of Deputy Clerk:  dts _____