# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 10-0239-AHM (DTB)**             Date: **September 11, 2012**

Title:  **Derek A. Capozzi v. Warden, Norton**
================================================================

**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Deb Taylor | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY PRESENT FOR PLAINTIFF:              ATTORNEY PRESENT FOR DEFENDANT:
   None present                                                            None present

**PROCEEDINGS: (IN CHAMBERS)**

The Court is in receipt of the following documents filed by plaintiff: "Motion for a Privilege Log" [Dkt. # 63]; "Motion for Court Order to Compel the United States to Provide Discovery" [Dkt. # 64]; "Motion Requesting Court to Reconsider its August 30th, 2012, Protective Order and to Construe Plaintiff's September 2, 2012, Reply to Defendant's Application for Protective Order as a Motion to Reconsider, or in the Alternative, to Construe it as an Objection to the Defendant's Application for Protective Order Appealing to the Presiding Judge" [Dkt. # 67]; :Motion for Court to Conduct in Camera Review of all Documents Defendant's Protective Order Pertaining to Appropriateness" [Dkt. # 68]; and "Motion to Stay All Proceedings Pending Resolution of the Court's Protective Order Which Has Completely Stopped This Matter From Being Able to Proceed Any Further" [Dkt. # 69]  which were filed August 6, 2012 and September 10, 2012.  Due to the Court's recent appointment of counsel in this matter, for the limited purpose of representing plaintiff through the discovery phase of this action, the Court hereby DENIES plaintiff's Motions, without prejudice, as moot.  The Court will allow plaintiff's counsel the opportunity to review the status of discovery in this matter and proceed accordingly.  Counsel are reminded that the discovery cut-off date is December 10, 2012.