UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 10-0239-AHM (DTB)**                    Date: **September 12, 2012**

Title:  **Derek A. Capozzi v. Warden, Norton**

================================================================
**DOCKET ENTRY**
================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Deb Taylor | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY PRESENT FOR PLAINTIFF:                    ATTORNEY PRESENT FOR DEFENDANT:
None present                                                              None present

**PROCEEDINGS: (IN CHAMBERS)**

     The Court is in receipt of the following documents filed by plaintiff: "Expedited Request" [Dkt. # 71]; and "Motion for Teleconference or for Video Conference" [Dkt. # 74] both of which were filed September 10, 2012.  Due to the Court's recent appointment of counsel in this matter, for the limited purpose of representing plaintiff through the discovery phase of this action, the Court hereby DENIES plaintiff's Motions, without prejudice, as moot.  The Court will allow plaintiff's counsel the opportunity to review the status of discovery in this matter and proceed accordingly.

MINUTES FORM 11                                                          Initials of Deputy Clerk   dts
CIVIL-GEN