ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California Bar Number: 210908
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    Erika.Johnson@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK A. CAPOZZI,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. EDCV 10-00239 AHM (DTB)<br><br>**DEFENDANT'S SECOND STATUS REPORT** |

Pursuant to this Court's Order, dated September 10, 2012, Defendant, United States of America, files its Second Status Report.

**SUMMARY OF PROCEEDINGS TO DATE AND**

**STATEMENT OF ISSUES RAISED BY THE CASE**

Pursuant to the Protective Order, approved by this Court on August 30, 2012, Defendant has provided the Bureau of Prisons ("BOP") Current Post Orders, Statistics from USP Victorville, the Tort Claim File, and the SIS File, to Plaintiff's counsel appointed by this Court to assist Plaintiff with discovery.

Defendant has informed Plaintiff's counsel that a copy of the video surveillance tape will be produced to her as soon as BOP agency counsel retrieves it from USP Victorville.

To date, Plaintiff is still on a writ to a Kentucky county jail and therefore, Defendant is unable to depose him until he returns to a BOP facility. Plaintiff's counsel indicated that she does not know when Plaintiff will return to BOP custody.

As set forth in Defendant's prior Status Report, the sole issue raised by this case is whether the United States is liable because a BOP correctional officer allegedly failed to search an inmate after he set off a metal detector. According to Plaintiff, an inmate set off the metal detector as he walked through it, but the correctional officer did not search him, and this inmate later attacked Plaintiff on the yard with a knife that he pulled from his waistband. Defendant denies all allegations.

**STATEMENT AS TO WHETHER ALL PARTIES HAVE BEEN SERVED**

The only defendant, the United States, has been served.

**STATEMENT AS TO WHETHER PLEADINGS WILL BE AMENDED/PARTIES ADDED**

Plaintiff's counsel has not indicated if Plaintiff will seek to amend the pleadings or add additional parties.

**DESCRIPTION OF DISCOVERY COMPLETED AND**

**SCHEDULE FOR FUTURE DISCOVERY**

As set forth above, all documents have been produced pursuant to the Protective Order. As to future discovery, Plaintiff's counsel has indicated that she may take depositions of BOP employees at USP Victorville. Defendant plans to depose Plaintiff once he returns to BOP custody.

**CONTEMPLATED MOTIONS**

Defendant anticipates filing a Motion for Summary Judgment which could be dispositive of the entire case. Defendant is unable to provide a proposed date for the Motion because the undersigned cannot depose Plaintiff until he returns to BOP custody. After the deposition, Defendant anticipates filing a Motion for Summary Judgment within sixty to ninety days thereafter.

**TRIAL ESTIMATE**

Pursuant to the Federal Tort Claims Act, Plaintiff is not entitled to a jury trial. 28 U.S.C. § 2402. Defendant anticipates that a court trial would take approximately three to five court days.

**SETTLEMENT**

No settlement negotiations have taken place. Defendant prefers to have a settlement conference with the Magistrate Judge assigned to this case and if acceptable to the Court, Plaintiff and his counsel can participate by video teleconference.

DATED: October 17, 2012         Respectfully submitted,

                                ANDRÉ BIROTTE JR.
                                United States Attorney
                                LEON W. WEIDMAN
                                Assistant United States Attorney
                                Chief, Civil Division

                                */s/ Erika Johson-Brooks*
                                ERIKA JOHNSON-BROOKS
                                Assistant United States Attorney
                                Attorneys for Defendant