# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOHN DOE,
Reg # 22016-038

       Plaintiff,                No. EDCV-10-00239-R-DTB

v.

NORWOOD, et al.

       Defendants.         **ORDER & WRIT OF HABEAS**
                                   **CORPUS AD TESTIFICANDUM**

_____/

     **John Doe, Reg # 22016-238 Inmate, Medical Center Federal Prison (MCFP), a necessary and material witness in proceedings in this case on February 22, 2018,** is confined in MCFP Springfield Medical Center and Federal Prison, Medical Center (MCFP)- 1900 W. Sunshine St. Springfield, MO 65807, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum to issue commanding the custodian to produce the inmate by **VIDEO** before Magistrate Judge Victor E. Bianchini on **February 22, 2018,** at 9:30 a.m.

                ACCORDINGLY, IT IS ORDERED that:

         1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a mediation conference at the time and place above, until completion of the mediation conference or as ordered by Judge Bianchini;

         2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**    Warden of MCFP Springfield, Medical Center and Federal Prison, Springfield, MO (MCFP) - 1900 W. Sunshine St., MO 65807:

        **WE COMMAND** you to produce the inmate named above to testify before Judge Bianchini at United States District Court, at the time and place above, until completion of the mediation conference or as ordered by Judge Bianchini; and thereafter to return the inmate to the above institution on the same day.

DATED: January 16, 2018

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE